# Order

Michigan Supreme Court
Lansing, Michigan

June 25, 2012

144798

SOKOL VUCAJ,
          Plaintiff-Appellee,

v

CM TRANSPORTATION, INC.,
          Defendant-Appellee,
and

AMERICAN MOTOR LINES, INC., and
INSURANCE COMPANY OF THE STATE
OF PENNSYLVANIA,
          Defendants-Appellants.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 144798
COA: 304546
WCAC: 10-000047

_____/

On order of the Court, the application for leave to appeal the February 14, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

Clerk

t0618